UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS, | No. 2:08-cv-0593 KJM DAD P |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al. | |
| Defendants. | |
| KENNARD LEE DAVIS, | No. 2:10-cv-2139 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| JAMES WALKER, et al. | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed the above-captioned civil rights actions seeking relief under 42 U.S.C. § 1983.  On March 24, 2014, this case was remanded with instructions to consider whether a guardian ad litem should be appointed.  (Doc. No. 75)  On October 30, 2014, the court appointed a guardian ad litem for plaintiff.  (Doc. No. 81)

In certain exceptional circumstances, the court may request the voluntary assistance of counsel for a prisoner-plaintiff, pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v. Brewer, 935

1

F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that plaintiff's legal incompetence to pursue this action pro se and the recent appointment of a guardian ad litem warrants the appointment of counsel in this case. Benjamin A. Williams has been selected from the court's pro bono attorney panel to represent plaintiff, and he has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Benjamin A. Williams is appointed as counsel for plaintiff in the above entitled matters.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Benjamin A. Williams, Jesse Ortiz Law, 980 9th Street, Suite 340, Sacramento, CA 95814.

Dated: November 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
davi0593.aoc

2