1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   KENNARD LEE DAVIS,                        No.  2:08-cv-0593 DAD P
12              Plaintiff,
13        v.                                   ORDER
14   JAMES WALKER, et al.
15              Defendants.
16
17        Plaintiff is a state prisoner proceeding through counsel with an action for alleged civil
18   rights violations pursuant to 42 U.S.C. § 1983. His attorney, Benjamin Williams, has moved to
19   withdraw as plaintiff's counsel in this case. At a hearing held July 24, 2015, at which all counsel
20   in this case were present, the court found the motion well taken. Therefore, good cause appearing,
21   the motion will be granted.
22        Accordingly, IT IS HEREBY ORDERED that the motion to withdraw as attorney (ECF
23   No. 43) is granted.
24   Dated:  July 24, 2015
25
26                                             _____
     hm                                        DALE A. DROZD
27   davo0593.ord.withdraw                      UNITED STATES MAGISTRATE JUDGE
28
                                         1