UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES WALKER et al.,<br><br>          Defendants. | No.  2:08-cv-0593 KJM CKD P (TEMP)<br><br>ORDER TO FACILITATE<br>TELEPHONE CALL |

Plaintiff is a state prisoner proceeding in a case that has been referred to the court's pro bono program for the assignment of voluntary assistance of counsel.  Attorney Brian M. Pomerantz has been selected from the court's pro bono panel to represent plaintiff in this case. Mr. Pomerantz has informed the court that he must speak with plaintiff prior to accepting the appointment.  By this order, the court directs the Warden and the correctional staff at California State Prison, Sacramento (SAC) to facilitate a confidential telephone call between counsel and inmate Kennard Lee Davis (T-78448).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, Litigation Coordinator, and other correctional staff as needed at SAC, shall facilitate a confidential telephone call between Kennard Lee Davis and attorney Brian M. Pomerantz;

/////

2. The confidential telephone call shall be placed on Thursday, January 14, 2016, to begin at 10:00 a.m. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Mr. Pomerantz at (984) 234-0128;

3. The telephone conversation shall be a confidential communication between attorney and prospective client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Davis under visual surveillance during the conversation;

4. Failure to comply with this order may result in an order requiring the Warden of SAC, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them; and

5. The Clerk of the Court is ordered to serve this order by facsimile (916) 294-3072 and email on the Warden and Litigation Coordinator at SAC.

Dated:  January 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ec
davi0593.call

2