UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants.<br>------------------------------------------<br>KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No.  2:08-0593 KJM CKD P<br><br><br><br><br><br><br><br><br>No. 2:10-2139 KJM CKD P<br><br><br><br><br><br>ORDER |

　　　　Four motions in the above titled actions were improperly filed by the incompetent plaintiff and violate this court's July 7, 2016 order restricting plaintiff's filings.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (case no. 08cv593, ECF
2  Nos. 90, 91; case no. 10cv2139, ECF Nos. 146, 147) are stricken.  Plaintiff is cautioned that
3  further violations of this court's orders will result in a recommendation that these actions be
4  dismissed.

5  Dated:  July 14, 2016

   _____
   CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

10  4 davis0593.stk

2