1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNARD DAVIS,                              No.  2:08-cv-0593 KJM DB

12                    Plaintiff,

13          v.

14   JAMES WALKER, et al.,

15                    Defendants.

16

17   KENNARD DAVIS,                              No.  2:10-cv-2139 KJM DB

18                    Plaintiff,

19          v.

20   JAMES WALKER, et al.,                       ORDER

21                    Defendants.

22

23

24          In 2011, plaintiff was determined to be incompetent.  (See ECF No. 59.)  In 2014, the

25   court appointed a guardian ad litem to represent plaintiff's interests herein.  (ECF No. 81.)  As

26   plaintiff  has been informed previously, because he has been found incompetent and is proceeding

27   in this action through his guardian ad litem, plaintiff may not file documents on his own behalf.

28

1

1   (ECF No. 144.)  Therefore, two recent motions plaintiff filed in the above-titled actions were

2   improper and violate this court's July 7, 2016 order restricting plaintiff's filings.

3          Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (case no. 08-cv-593,

4   ECF No. 97; case no. 10-cv-2139, ECF No. 153) are stricken.  Plaintiff is again cautioned that

5   further violations of this court's orders will result in a recommendation that these actions be

6   dismissed.

7   DATED:  August 29, 2016                              /s/  DEBORAH BARNES
8                                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21   DLB:9
     DLB1/prisoner-civil rights/Davi0593.strk(2)
22

23

24

25

26

27

28

2