IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNARD LEE DAVIS,** | Case No. 2:08-cv-00593 KJM DB |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES WALKER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' first request for a thirty-day extension of time, to and including July 1, 2017, in which to file a response to the Court's May 18, 2017 Order (ECF No. 132) is GRANTED.

Defendants shall file a response to the Court's May 18, 2017 Order on or before July 1, 2017.

DATED: June 13, 2017.

/s/ 
UNITED STATES DISTRICT JUDGE