UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No. 2:08-cv-0593 KJM DB P |
| KENNARD LEE DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No. 2:10-cv-2139 KJM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding in forma pauperis with civil rights actions under 42 U.S.C. § 1983. On September 12, 2017, the court appointed Steven Hugh Mannis, M.D. as a neutral expert to assist the court under Federal Rule of Evidence 706. ECF No. 154 at 6. The order apportions the cost of Dr. Mannis's services to be split equally among defendants. *Id*. Dr. Mannis has submitted an invoice for the cost of medical record review, a copy of which is

attached to this order. The court anticipates Dr. Mannis will incur additional costs in connection with the physical examination of plaintiff.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants shall forthwith take all necessary steps to tender payment of the attached invoice to Dr. Mannis;

2. Dr. Mannis shall submit any future bill for services directly to defendants by mailing a copy to counsel for defendants; and

3. If defendants fail to timely pay any bill, Dr. Mannis may seek this court's assistance.

DATED: November 6, 2017.

UNITED STATES DISTRICT JUDGE