UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　Defendants. | No. 2:08-cv-0593 KJM DB P |
| KENNARD LEE DAVIS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　Defendants. | No. 2:10-cv-2139 KJM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding in forma pauperis with civil rights actions under 42 U.S.C. § 1983. Plaintiff is proceeding in both actions through a guardian ad litem, Ronnie Tolliver. *See* ECF Nos. 40; 81.[1] By order filed June 21, 2017, Mr. Tolliver was directed

---

[1] Throughout this order citations to documents filed in the court's Electronic Case Filing (ECF) system are first to the record in Case No. 2:08-cv-0593 KJM DB and second to the record in Case No. 2:10-cv-2139 KJM DB.

1

to complete and return notice confirming that he had received the court's order and providing his current address. ECF Nos. 141; 200. Mr. Tolliver did not respond in any way to the court's order.

On March 22, 2018, plaintiff Kennard Davis filed a *pro se* motion in which he asserts, *inter alia*, that Mr. Tolliver is deceased. ECF Nos. 169; 233. At a prior stage of these proceedings, plaintiff filed *pro se* motions seeking substitution of his wife as guardian ad litem. *See*, *e.g.*, ECF No. 140; 198. Those motions were denied without prejudice. ECF Nos. 162; 222. Good cause appearing, the court will now take steps to appoint a new guardian ad litem for plaintiff. To that end, counsel for defendants will be directed to file a document listing the names and addresses of any and all next of kin or next friend contacts contained in plaintiff's prison records, with a request that the document be filed under seal or redacted as provided by Local Rules 140 and 141.

In accordance with the above, IT IS HEREBY ORDERED that within fourteen days from the date of this order counsel for defendants shall file under seal a document listing the names and addresses of any and all next of kin or next friend contacts contained in plaintiff's prison records.

DATED: March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE