# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNARD LEE DAVIS,** | 2:08-cv-00593 KJM DB |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES WALKER, et al.,** | |
| Defendants. | |

On March 27, 2018, the Court directed Defendants to file a document listing the names and addresses of any and all next of kin or friend contacts contained in Plaintiff's prison records, with a request that the document be filed under seal or redacted as provided by Local Rules 140 and 141. (ECF No. 170.) Under Eastern District of California Local Rule 141, Defendants submitted their request to file two pages of prison records containing the names and addresses of Plaintiff's next of kin under seal. For good cause shown, it is ordered that two pages of prison records containing the names and addresses of Plaintiff's next of kin documents be filed under seal with access limited to the Clerk and the Court.

DATED: April 18, 2018.

UNITED STATES DISTRICT JUDGE

1