UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS,<br><br>  Plaintiff,<br><br> v.<br><br>JAMES WALKER, et al.,<br><br>  Defendants. | No. 2:08-cv-0593 KJM DB P |
| KENNARD LEE DAVIS,<br><br>  Plaintiff,<br><br> v.<br><br>JAMES WALKER, et al.,<br><br>  Defendants. | No. 2:10-cv-2139 KJM DB P<br><br>ORDER |

    Plaintiff is a state prisoner, proceeding in forma pauperis with the above civil rights actions under 42 U.S.C. § 1983. Plaintiff is proceeding in both actions through a newly appointed guardian ad litem, Jennifer Brown. *See* ECF Nos. 184; 255.[1] The court anticipates

---

[1] Citations to documents filed in the court's Electronic Case Filing (ECF) system are first to the record in Case No. 2:08-cv-0593 KJM DB and second to the record in Case No. 2:10-cv-2139 KJM DB.

1

counsel for Ms. Brown will be appointed soon consistent with the provisions of the order appointing her as guardian ad litem. *See* ECF Nos. 184 at 2; 255 at 2.

Several motions are pending in each of the above actions, all filed by plaintiff pro se. Plaintiff has previously been informed that no orders would issue in response to future pro se filings until further order of court. ECF Nos. 162, 222. To clarify the state of the record, all pending motions will be denied without prejudice. Plaintiff is informed that this action will proceed through his guardian ad litem or her soon-to-be appointed counsel and that all filings in this action on his behalf must be made by and through his guardian ad litem or her court-appointed counsel.

In accordance with the above, IT IS HEREBY ORDERED that:

1. All pending motions filed by plaintiff pro se in Case No. 2:08-cv-0593 KJM DB, ECF Nos. 164, 165, 169, 173, 176, 180, 182, and 183, are denied without prejudice;

2. All pending motions filed by plaintiff pro se in Case No. 2:10-cv-2139 KJM DB, ECF Nos. 233, 237, 238, 242, 244, 245, 246, 247, 249, 250, 252, 253, and 254, are denied without prejudice; and

3. No orders will issue in response to further pro se filings by plaintiff.

DATED: September 25, 2018.

UNITED STATES DISTRICT JUDGE