UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WALKER, et al.,<br><br>Defendants. | No. 2:08-cv-0593 KJM DB P |
| KENNARD LEE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WALKER, et al.,<br><br>Defendants. | No. 2:10-cv-2139 KJM DB P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL |

Plaintiff is a state prisoner, proceeding in forma pauperis with the above civil rights actions under 42 U.S.C. § 1983. Plaintiff is proceeding in both actions through a newly appointed guardian ad litem, Jennifer Brown. *See* ECF Nos. 184; 255.[1] In light of the recent

---

[1] Citations to documents filed in the court's Electronic Case Filing (ECF) system are first to the record in Case No. 2:08-cv-0593 KJM DB and second to the record in Case No. 2:10-cv-2139 KJM DB.

1

order appointing a new guardian ad litem for plaintiff, the undersigned finds that the appointment of counsel is warranted for an initial limited representation of the guardian ad litem, Ms. Brown, for the purposes of advising her regarding the posture of this case and possible steps going forward, including but not limited to participation in a court-convened settlement conference. Donald Aquinas Lancaster, Jr. has been selected from the court's pro bono attorney panel to represent Ms. Brown for such limited purpose, and the attorney has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Donald Aquinas Lancaster, Jr. is appointed as limited purpose counsel on behalf of plaintiff's guardian ad litem in the above-entitled matters. Such appointment is for the limited purpose of advising the guardian ad litem regarding the posture of this case and possible steps going forward, including but not limited to participation in a telephonic status conference to be held on Thursday, December 13, 2018 at 2:30 p.m.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on:

   A. Donald Aquinas Lancaster , Jr. The Lancaster Law Group, A Professional Corporation, 1101 Marina Village Parkway, Suite 201, Alameda, CA 94501; Email: dlancaster@thelancasterlawgroup.com; and

   B. Jennifer Brown, 2494 East Del Rio Court, Gilbert, AZ 85295;

4. The Clerk of the Court shall take all steps necessary to make the record in the above actions available to Mr. Lancaster. Any documents filed under seal shall be produced to Mr. Lancaster subject to a protective order which shall limit the use of those documents to attorneys-eyes only absent further order of court.

DATED: October 2, 2018.

_____
UNITED STATES DISTRICT JUDGE