| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS, | No. 2:08-cv-0593-KJM-DB P |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | |
| KENNARD LEE DAVIS, | No. 2:10-cv-2139-KJM-DB P |
| Plaintiff, | |
| v. | ORDER TO FACILITATE TELEPHONE CALL |
| JAMES WALKER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with the above civil rights actions under 42 U.S.C. § 1983. On January 30, 2019, the court appointed Tiffany Starcevich to serve as guardian ad litem on plaintiff's behalf; attorney Donald Aquinas Lancaster, Jr. has been appointed as limited purpose counsel for the guardian ad litem. ECF No. 289. Communication between the guardian ad litem, appointed counsel and inmate Davis is required to further this case through the litigation process. By this order, the court directs the Warden and the correctional staff at

1

California Health Care Facility (CHCF) to facilitate a telephone call between the guardian ad litem, appointed counsel, and inmate Kennard Davis (T-78448).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, litigation coordinator, and other correctional staff as needed at CHCF shall facilitate a telephone call between Kennard Davis, his guardian ad litem, and appointed counsel.
2. The telephone call shall occur on Monday, April 22, 2019, to begin at 10:30 a.m. and shall continue, without interruption, for a maximum of 90 minutes or until completed, whichever is earlier. Correctional staff shall provide a number for appointed counsel to initiate the phone call. Correctional staff shall provide the number to Sujean Park, ADR & Pro Bono Program Director, at (916) 930-4278 or spark@caed.uscourts.gov no later than 9:30 a.m. on Monday, April 22, 2019.
3. Failure to comply with this order may result in an order requiring the Warden of CHCF, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.
4. The Clerk of the Court is ordered to serve this order by facsimile (209) 467-2676 and email on the Warden and litigation coordinator at CHCF.

IT IS SO ORDERED.

DATED: April 17, 2019.

_____
UNITED STATES DISTRICT JUDGE