UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES WALKER, et al.,<br><br>    Defendants. | No.  2:08-cv-0593 KJM DB P |
| KENNARD DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES WALKER, et al.,<br><br>    Defendants. | No.  2:10-cv-2139 KJM DB P<br><br><u>ORDER TO SHOW CAUSE</u> |

      Plaintiff, a state prisoner, filed this civil rights action seeking relief under 42 U.S.C. §1983.  On January 6, 2023, this court ordered plaintiff's mental health clinicians to submit a report on the current status of plaintiff's mental health.  That report was due February 6, 2023.  Defendants have not filed a report or otherwise responded to the court's January 6 order.

1

1   Good cause appearing, defendants are HEREBY ORDERED to show cause within ten
2   days why they should not be sanctioned for their failure to submit the report ordered on January
3   6.
4   Dated: February 14, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/davi0593&2139.osc re psych rpt