UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kennard Davis,<br><br>  Plaintiff,<br><br>  v.<br><br>James Walker, et al.,<br><br>  Defendants. | No. 2:08-cv-0593-KJM-DB |
| Kennard Davis,<br><br>  Plaintiff,<br><br>  v.<br><br>James Walker, et al.,<br><br>  Defendants. | No. 2:10-cv-2139-KJM-DB<br><br>ORDER |

  Plaintiff Kennard Davis objects to the magistrate judge's recent order, which was filed in both of the cases captioned above. *See* Objections, Case No. 08-593, ECF No. 287; Objections, Case No. 10-2139, ECF No. 364. The court construes these objections as untimely requests for reconsideration under Local Rule 303(c) and extends the deadline for reconsideration on its own motion.

1

When a litigant asks a district judge to review a magistrate judge's orders under Local Rule 303, the district judge must decide whether the magistrate judge's order was "clearly erroneous or contrary to law." E.D. Cal. L.R. 303(f); 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). The magistrate judge's order is not clearly in error, and it is not contrary to law. **Plaintiff's objections, construed as motions to reconsider, are denied.** This order resolves ECF No. 287 in Case No. 08-593 and ECF No. 364 in Case No. 10-2139.

IT IS SO ORDERED.

DATED: March 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE