UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kennard Davis,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>James Walker, et al.,<br><br>　　　　　　Defendants. | No. 2:08-cv-0593-KJM-DB |
| Kennard Davis,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>James Walker, et al.,<br><br>　　　　　　Defendants. | No. 2:10-cv-2139-KJM-DB<br><br>ORDER |

　　　　Plaintiff Kennard Davis requests reconsideration of the Magistrate Judge's orders in the cases above, which directed defendants to respond to plaintiff's motion to be restored to competency and to "propose a roadmap for going forward," and the Magistrate Judge permitted plaintiff to reply. *See* Order (June 30, 2023), Case No. 08-0593, ECF No. 305; Case No. 10-2139, ECF No. 384; Mot. Recons., Case No. 08-0593, ECF No. 308; Case No. 10-2139, ECF No. 384. Plaintiff does not explain the reasoning behind his request for reconsideration.

The court has reviewed the Magistrate Judge's orders and perceives neither clear error nor any decision contrary to law.  *See* Fed. R. Civ. P. 72(a); 29 U.S.C. § 636(b)(1)(A).  The motions for reconsideration are **denied**.

This order resolves ECF No. 308 in Case No. 08-0593, and ECF No. 384 in Case No. 10-2139.

IT IS SO ORDERED.

DATED: August 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE