UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No.  2:08-cv-0593 KJM SCR P |
| KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No.  2:10-cv-2139 KJM SCR P<br><br>ORDER |

　　　　Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983. Pending before the court are plaintiff's motions to be reinstated to competency status. (ECF No. 281.[1]) On March 14, 2024, the court appointed Dr. Amanda Gregory as a neutral expert to assist

---

[1] Plaintiff makes many of the same allegations regarding his medical care, among other things, in the two cases covered by this order and, with few exceptions, files the same documents in both

1

the court in evaluating plaintiff's motions. (ECF No. 352.) Dr. Gregory was previously provided many of plaintiff's medical records dating through mid-December 2023. Dr. Gregory requires updated records.

Accordingly, IT IS HEREBY ORDERED that

1. Within thirty days of the filed date of this order, the custodian of records for the facility where plaintiff is currently incarcerated shall lodge with the court, under seal, plaintiff's complete records of psychiatric treatment from December 15, 2023 through the present.
2. The Deputy Attorney General representing defendants shall serve a copy of this order on the custodian of records, or other appropriate prison official, for the facility where plaintiff is currently incarcerated and shall facilitate timely delivery of the records to the court.

DATED: September 16, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

cases. Therefore, the court has and will continue to issue the same orders in both cases where appropriate. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.