UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES WALKER, et al.,<br><br>      Defendants. | No.  2:08-cv-0593 KJM SCR P |
| KENNARD DAVIS,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES WALKER, et al.,<br><br>      Defendants. | No.  2:10-cv-2139 KJM SCR P<br><br><br><br>ORDER |

       Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. §1983.[1]

On October 17, 2024, the court ordered court-appointed expert Dr. Amanda Gregory to provide

the court with a description of the conditions she feels are appropriate and necessary for an

---

[1] Plaintiff makes many of the same allegations regarding her medical care, among other things, in the two cases covered by this order and, with few exceptions, files the same documents in both cases.  Therefore, the court has and will continue to issue the same orders in both cases.  Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

adequate evaluation of plaintiff. Dr. Gregory has provided the court with that information. The court will therefore order plaintiff's place of incarceration to make plaintiff available to Dr. Gregory under the following conditions:

1. A private contact visit room with a desk/table at least two feet wide with two chairs positioned face to face (on either side of the desk).
2. Plaintiff has her hands free to be able to do the testing (use a pencil, arrange blocks, etc.).
3. Plaintiff is made available for two consecutive days of up to five hours each day for the assessment.

In addition, the place of incarceration shall permit Dr. Gregory to bring in the test equipment she deems necessary with the understanding that the prison may need to examine the equipment upon Dr. Gregory's arrival and departure each day.

Dr. Gregory shall contact the prison to arrange for the assessment. The assessment should be completed within the next six weeks. Dr. Gregory shall complete a report regarding plaintiff's competence, as described in the court's March 14, 2024 order, within four weeks thereafter.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's place of incarceration shall make plaintiff available for a competency assessment by Dr. Amanda Gregory under the conditions and timeline set out above.
2. Within three days of the date of this order, counsel for defendants in case no. 2:08-cv-0593 KJM SCR P, Deputy Attorney General Matthew Ross Wilson, shall forward a copy of this order to the appropriate official(s) at plaintiff's place of incarceration.
3. If a dispute or difficulty arises regarding scheduling or the conditions for conducting Dr. Gregory's evaluation of plaintiff, prison officials shall immediately contact Deputy Attorney General Wilson who shall then explain the dispute or difficulty in a filing with the court.

DATED: November 14, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE