UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>  Plaintiff,<br><br>   v.<br><br>JAMES WALKER, et al.,<br><br>  Defendants. | No. 2:08-cv-0593 KJM SCR P |
| KENNARD DAVIS,<br><br>  Plaintiff,<br><br>   v.<br><br>JAMES WALKER, et al.,<br><br>  Defendants. | No. 2:10-cv-2139 KJM SCR P<br><br><u>ORDER</u> |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]

---

[1] Plaintiff makes many of the same allegations regarding her medical care, among other things, in the two captioned cases and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue identical orders in both cases. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

Pending before the court are plaintiff's motions to be reinstated to competency. Dr. Amanda Gregory was appointed by the court as a neutral expert to conduct a competency evaluation of plaintiff. However, Dr. Gregory informed the court that plaintiff refused to meet with her at the prison where she is being incarcerated on two separate occasions. As a result, it is necessary for Dr. Gregory to render her professional opinion based on a review of plaintiff's mental health records.

The court shall order plaintiff's mental health records from September 17, 2024 to the present to be filed under seal which the court will then serve electronically on Dr. Gregory. These records shall be filed within 14 days from the date of this order. Dr. Gregory shall submit her competency report to the court by February 24, 2025, as previously ordered. The parties are advised that these deadlines are firm, and that no requests for an extension of time shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days from the date of this order, the custodian of records for Salinas Valley State Prison shall provide a complete copy of plaintiff's mental health records from September 17, 2024 to the present to Deputy Attorney General Matthew Wilson who shall electronically file these records with the court under seal by emailing them to SCRorders@caed.uscourts.gov.

2. Deputy Attorney General Wilson shall file a Notice of Filing Documents Under Seal in accordance with Local Rule 141.

3. The Clerk of Court is directed to serve a copy of this order on Dr. Gregory at amanda670@hotmail.com.

4. An additional courtesy copy of this order shall be served on the Litigation Coordinator at Salinas Valley State Prison via email.

DATED: January 24, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE