IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNARD LEE DAVIS,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**JAMES WALKER, et al.,**<br><br>                                    Defendants. | Case No. 2:08-cv-00593 KJM SCR (PC)<br><br>[~~PROPOSED~~] ORDER |

   The court, having considered Defendants' motion to modify the briefing schedule ordered on March 4, 2025, determines that good cause has been shown for a short extension of time. Although plaintiff has not submitted her brief on the possible appointment of a guardian ad litem, she has filed numerous other motions that defendants may utilize in fashioning their brief.

   Accordingly, IT IS ORDERED that Defendants' motion is granted in part (ECF No. 446). The deadline for Defendants' Rule 17(c) brief is extended to April 18, 2025.

DATED: April 11, 2025

*/s/ Sean Riordan*
_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE