UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No. 2:08-cv-0593 KJM SCR P |
| KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No. 2:10-cv-2139 KJM SCR P<br><br>ORDER |

　　　　Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]
In accordance with the order dated July 9, 2025, see ECF No. 498, the court's ADR and Pro Bono

---

[1] Plaintiff makes many of the same allegations regarding her medical care, among other things, in the two captioned cases and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue identical orders in both cases. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

1  Program Director filed a letter indicating that attorney Agnieszka Gill has indicated a willingness
2  to serve as plaintiff's guardian ad litem for the limited purpose of representing plaintiff at a
3  settlement conference.  See ECF No. 508.
4      At this juncture, the court hereby appoints attorney Gill for the limited purpose of
5  conducting an initial case assessment and consultation with Ms. Davis.  To facilitate this
6  representation, the court has authorized limited funding from the court's Non-Appropriated Funds
7  ("NAF") to allow attorney Gill to: 1) conduct a review of case documents necessary to fully
8  participate in a settlement conference; 2) travel and meet with Ms. Davis at Salinas Valley State
9  Prison; and, 3) consult with plaintiff's GAL appointed by the Ninth Circuit Court of Appeals in
10 her habeas case to discuss the course of the habeas proceedings as they may relate to the
11 resolution of plaintiff's civil rights cases.  Upon completion of these discrete steps, attorney Gill
12 is directed to file a notice with the court indicating whether, after initial case assessment and
13 consultation with Ms. Davis, she is willing to expand her appointment to serve as plaintiff's GAL
14 for the limited purpose of participating in a settlement conference to be scheduled by the court.
15     **If plaintiff refuses to meet with attorney Gill, the undersigned may recommend that**
16 **these cases be administratively closed until such time as plaintiff may be restored to**
17 **competency.  No other attorney or other individual has indicated a willingness to serve in**
18 **the capacity of a GAL and the court will not further delay these cases by engaging in an**
19 **additional search absent plaintiff's cooperation.**  See ECF No. 508 (letter from the Pro Bono
20 Program Director indicating that it would not be "beneficial to resubmit the case to the [Pro
21 Bono] Panel for staffing should the need arise again").
22     Accordingly, IT IS HEREBY ORDERED that:
23     1. Agnieszka Gill, Esq., is appointed in the capacity of plaintiff's guardian ad litem for
24 the limited purpose of conducting an initial case assessment and consultation with Ms. Davis.
25     2. Attorney Gill's time, up to and including 25 hours, shall be compensated by the court
26 at the hourly rate for attorneys provided in the Criminal Justice Act.  In the event that attorney
27 Gill requires additional hours to perform the discrete tasks described in this order, she shall
28 contact the court to seek pre-authorization for additional funding.

3. By September 5, 2025, attorney Gill shall file a notice with the court indicating whether, after completing an initial case assessment and consultation with Ms. Davis, she is willing to expand her appointment to serve as plaintiff's GAL for the limited purpose of participating in a settlement conference.

4. Counsel for defendants shall meet and confer with their clients within the next 30 days, to the extent they have not already done so, to determine their willingness to participate in a settlement conference to be set by the court.

5. Any difficulties in scheduling or conducting the consultation with Ms. Davis at Salinas Valley State Prison shall be immediately communicated to the court.

6. The Clerk of Court shall serve a copy of this order on Agnieszka Gill, Esq., at 1824 Fulton St., Apt 119, Fresno, CA 93721 and update the docket to list her as plaintiff's guardian ad litem until further order of the court.

DATED: August 6, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

3