1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     KENNARD DAVIS,                          No.  2:08-cv-0593 KJM SCR P

12              Plaintiff,                      **ORDER**

13         v.

14     JAMES WALKER, et al.,

15              Defendants.

16     _____

17     KENNARD DAVIS,                           No. 2:10-cv-2139 KJM SCR P

18              Plaintiff,

19         v.

20     JAMES WALKER, et al.,

21              Defendants.

22

23

24        Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]

25     On April 27, 2025, plaintiff filed a motion, *see* ECF Nos. 461, which the court construes as

26     objections to the magistrate judge's Findings and Recommendations of March 4, 2025,  *see* ECF

27

     _____

28     [1]  Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008
       case.

                                              1

1   No. 421.  The court overrules these objections for the same reasons stated in its June 6, 2025,

2   order.  *See* ECF No. 479.  Plaintiff has also submitted motions for reconsideration of the court's

3   June 6, 2025 order that adopted the magistrate judge's findings and recommendations.  *See* ECF

4   Nos. 481, 485, 486, 488, 503.[2]

5           Motions for reconsideration should "not be used to ask the court to rethink what the court

6   [has] already thought through—rightly or wrongly."  *United States v. Rezzonico*, 32 F. Supp. 2d.

7   1112, 1116 (D. Ariz. 1998).  A motion for reconsideration should present "newly discovered

8   evidence" or show the court "committed clear error" or argue there has been an "intervening

9   change in the controlling law."  *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*,

10  571 F.3d 873, 880 (9th Cir. 2009) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665

11  (9th Cir. 1999)).  Upon review, the court finds its rulings were not clearly erroneous, there has not

12  been an intervening change in the law and plaintiff has not presented newly discovered evidence.

13          Accordingly, IT IS HEREBY ORDERED that:

14          1.  Plaintiff's objections at No. 2:08-cv-0593 KJM SCR P: ECF No. 461 are **overruled.**

15          2.  Plaintiff's motions to reconsider at

16              • No. 2:08-cv-0593 KJM SCR P: ECF Nos. 481, 485, 486, 488, 503 **are**

17                **denied**.

18              • No. 2:10-cv-2139-KJM-SCR-P: ECF Nos. 518, 522, 534 **are denied**.

19          3.  Based upon the repetitive nature of plaintiff's filings and based upon the court's ruling

20  that plaintiff is not competent to proceed as a party in these actions, the clerk of the court is

21  directed to only docket filings by plaintiff's *guardian ad litem*, who has recently been appointed

22  to temporarily represent plaintiff in both cases.

23          IT IS SO ORDERED.

24  DATED:  August 13, 2025.

25                                                      _____
                                                        UNITED STATES DISTRICT JUDGE
26

27  _____

28  [2] Plaintiff has also filed three similar motions for reconsideration in the 2010 case.  *See* ECF Nos. 518, 522, 534.

2