UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD DAVIS,

    Plaintiff,

v.

JAMES WALKER, et al.,

    Defendants.

No. 2:08-cv-0593 KJM SCR P

---

KENNARD DAVIS,

    Plaintiff,

v.

JAMES WALKER, et al.,

    Defendants.

No. 2:10-cv-2139 KJM SCR P

<u>ORDER</u>

Plaintiff is a state prisoner proceeding through a guardian ad litem with these civil rights actions filed pursuant to 42 U.S.C. § 1983.[1] Plaintiff's guardian ad litem, as well as counsel for

---

[1] Plaintiff makes many of the same allegations regarding her medical care, among other things, in the two captioned cases and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue identical orders in both cases. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

1  defendants, have indicated their availability for a mandatory settlement conference in these cases
2  on Friday, October 17, 2025.  The court hereby sets this matter on the settlement conference
3  calendar of Magistrate Judge Allison Claire on **October 17, 2025 at 9:00 a.m.** to be conducted
4  via Zoom video conference.  A separate minute order shall issue containing login instructions for
5  the parties.
6      At least seven days prior to the conference, the parties shall submit to the settlement judge
7  a confidential settlement conference statement.  The parties' confidential settlement conference
8  statements shall include the following: (a) names and locations of the parties; (b) a short
9  statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the
10  risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a
11  discussion of the efforts that have been made to settle the case.  The parties shall e-mail the
12  settlement conference statement to the settlement judge's e-mail box at
13  acorders@caed.uscourts.gov.
14      Accordingly, IT IS HEREBY ORDERED that these cases are scheduled for a settlement
15  conference on **October 17, 2025** at 9:00 a.m. before Magistrate Judge Allison Claire.  This
16  settlement date is **firm** and all parties are required to attend this mandatory settlement conference
17  or face sanctions for failing to comply with a court order.
18  DATED: September 23, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE