UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS, | No.  2:08-cv-0593 TLN SCR P |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | |
| | |
| KENNARD DAVIS, | No.  2:10-cv-2139 TLN SCR P |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | ORDER |
| Defendants. | |

Plaintiff is a state prisoner proceeding through a guardian ad litem with these civil rights actions filed pursuant to 42 U.S.C. § 1983.[1]  On December 19, 2025, the Court granted the

---

[1]  Plaintiff makes many of the same allegations regarding her medical care, among other things, in the two captioned cases and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue identical orders in both cases.  Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

parties' joint motion for approval of the settlement agreements reached in each case.  ECF No. 567.  The parties were directed to file dispositional documents in each case which have been submitted to the Court.  ECF No. 567 at 3.  Based on the parties' stipulations, these cases are voluntarily dismissed with prejudice.

Plaintiff's pending motions for a transcript of the hearing conducted on July 7, 2025 (ECF No. 500, ECF No. 531 in Case No. 2:10-02139-TLN-SCR) are denied as unnecessary.  The court does not need to approve any request for a transcript.  Plaintiff may request a copy of the hearing transcript by completing the request form attached to this order (Form CAED 435) and paying the associated fee for the transcript of $206.80.  Once this form is completed, plaintiff may mail it along with a check or money order for the total amount of the transcript fee directly to Ad Hoc Reporting, 2220 Otay Lakes Road, Suite 502-85, Chula Vista, CA 91915.

All other pending motions are denied as moot based on the settlement of these cases.  ECF Nos. 478, 482-483.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's limited purpose appointment of Attorney Agnieszka Malgorzata Gill as plaintiff's guardian ad litem is hereby terminated based on the settlement of these cases.

2. The Clerk of Court shall update the docket to reflect that plaintiff is now representing herself pro se.

3. Plaintiff's motions for a transcript of the July 7, 2025 hearing (ECF No. 500, ECF No. 531 in Case No. 2:10-cv-02139-TLN-SCR) are DENIED as unnecessary as indicated herein.

4. The Clerk of Court shall send plaintiff a copy of Form CAED 435 in order to request a transcript of the July 7, 2025 hearing.

5. Pursuant to the Stipulations for Voluntary Dismissal With Prejudice submitted by the parties (ECF Nos. 541-542, ECF Nos. 570-571, 574 in Case No. 2:10-cv-02139-TLN-SCR), the Clerk of Court is directed to close these cases.

/////

2

5.  All other pending motions are DENIED as moot based on the settlement of these cases. ECF Nos. 478, 482-483.

6.  Plaintiff is advised that all documents filed by plaintiff after the closing date will be disregarded and no orders will issue in response to future filings with the exception of any notice of appeal.

DATED: February 3, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

3